

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00578-CR

HOMERO YADO, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 177th District Court of Harris County.   (Tr. Ct. No. 1397026).

This case is an appeal from the final judgment signed by the trial court on August 6, 2013.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court lacked subject-matter jurisdiction over the case.   Accordingly, the Court **vacates** the trial court's judgment and **dismisses** the case.

The Court **orders** that this decision be certified below for observance.

Judgment rendered June 30, 2015.

Panel consists of Justices Keyes, Bland, and Massengale. Opinion delivered by Justice Bland.